# United States District Court

**E-filing**

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
MAY 15 PM 1:01

PJH

---

UNITED STATES OF AMERICA,

V.

CARLOS CARDENAS-GARCIA,

DEFENDANT(S).

---

## INDICTMENT

VIOLATION:
Title 8, United States Code, Section 1326 - Alien Found in the United States After Deportation

---

INDICT

A true bill.

_____
Foreman

Filed in open court this 15 day of May 2008

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

No Bail Warrant

Clerk

Bail, $ _____     BETTY FONG

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

8 U.S.C. § 1326 - Illegal Reentry After Deportation (One Count)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

PENALTY:
20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

DEFENDANT - U.S.

▶ CARLOS CARDENAS-GARCIA

DISTRICT COURT NUMBER

[FILED stamp: 08 MAY 15 PM 1:00]

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM: **Joseph P. Russoniello**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Erika R. Frick

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

**E-filing**

FILED
08 MAY 15 PM 1:01
[illegible stamp]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 08 0333 PJH

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) VIOLATION: Title 8, United States Code, Section 1326 – Alien Found in the United States After Deportation |
| v. | ) |
| CARLOS CARDENAS-GARCIA, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

## INDICTMENT

The Grand Jury charges:

On or about March 21, 2002, November 5, 2002, February 26, 2004, February 7, 2005, May 12, 2005, March 28, 2007, and August 20, 2007, the defendant,

CARLOS CARDENAS-GARCIA,

an alien, was excluded, deported and removed from the United States, and thereafter, on or about May 5, 2008, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a

//
//
//

INDICTMENT

1  re-application by the defendant for admission into the United States, in violation of Title 8,
2  United States Code, Section 1326.
3
4  DATED:                                              A TRUE BILL.
5  5-15-08
6                                                     _____
7                                                     FOREPERSON
8  JOSEPH P. RUSSONIELLO
   United States Attorney
9
10
11 KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section
12
13 (Approved as to form: _____)
                         AUSA Frick
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT