UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: June 4, 2008**                                    **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-08-333 PJH**

**Case Name:   UNITED STATES  v.  CARLOS CARDENA-GARCIA (C)(Spanish Interpreter)**

**Attorney for Plaintiff:    Erika Frick**
**Attorney for Defendant:   Steve Kalar**

**Deputy Clerk:**  Nichole Heuerman              **Court Reporter**: Kelly Bryce

**Interpreter:** Melinda Basker (Spanish)

**PROCEEDINGS**

    Trial Setting-Held.  The parties update the court regarding discovery.  This case may qualify as a fast track case.  Defense counsel's request to continue the matter until June 25, 2008 is granted by the court.  Time is exclude  from 6/4/08 to 6/25/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: June 25, 2008 at 1:30 p.m. for Trial Setting/Change of Plea**.

---
**EXCLUDABLE DELAY:** Category  Begins 6/4/08 Ends 6/25/08
---

**cc:**    chambers file