UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Date: June 25, 2008  JUDGE: Phyllis J. Hamilton

Case No: CR-08-333 PJH

Case Name:   UNITED STATES  v.  CARLOS CARDENA-GARCIA (C)(Spanish Interpreter)

**Attorney for Plaintiff:**   Erika Frick
**Attorney for Defendant:**   Steve Kalar

**Deputy Clerk:** Nichole Heuerman           **Court Reporter:** Debra Pas

**Interpreter:** Monique Dascha Inciarte (Spanish)

PROCEEDINGS

Change of Plea-Held.  The defendant is sworn.  The plea agreement is signed and filed in court.  The court finds the defendant to be fully competent and capable of entering into an informed plea.  The plea is knowing and voluntary.  The court finds a factual basis for the plea. The defendant enters a plea of guilty as to the sole count in the indictment.  The plea is accepted by the court.  The defendant is adjudged guilty of the offense.  The case is referred to probation to conduct a criminal history report.

**CASE CONTINUED TO:** July 30, 2008 at 1:30 p.m. for Sentencing.

**cc:**   chambers file