UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 30, 2008                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-333 PJH

**Case Name:** UNITED STATES v. CARLOS CARDENAS-GARCIA (C)(Spanish Interpreter)

**Attorney for Plaintiff:** Erika Frick
**Attorney for Defendant:** Steve Kalar

**Deputy Clerk:** Nichole Heuerman                  **Court Reporter:** Debra Pas

**Interpreter:** Carol Rhine-Medina (Spanish)

**PROCEEDINGS**

Sentencing-Held. Defense counsel informs the court that there is a dispute in the guideline calculation. The government's request to continue the matter to have an opportunity to investigate the issue is granted by the court. If the parties are not able to resolve the issue the court will allow briefing as requested by defense counsel. Briefs shall be filed by 8/20/08. The probation officer shall appear at the next hearing.

**CASE CONTINUED TO:** September 3, 2008 at 1:30 p.m. for Sentencing.

**cc:** chambers file