UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** September 3, 2008              **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-333 PJH

**Case Name:** UNITED STATES v. CARLOS CARDENAS-GARCIA (C)(Spanish Interpreter)

**Attorney for Plaintiff:** Erika Frick
**Attorney for Defendant:** Steve Kalar

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Belle Ball

**Interpreter:** Melinda Basker (Spanish)   **Probation:** Brian Casai

**PROCEEDINGS**

  Sentencing-Held. The defendant is committed to the custody of the Bureau of Prisons for a term of 18 months; 3 years supervised release with the following special condition: 1) the defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security. Upon reentry into the United States during the period of court ordered supervision, the defendant shall report to the nearest U.S. Probation Office within 72 hours.

**cc:**   chambers file